```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

MED TRUST Handelsges.m.b.H

    v.                                               Case No. 19-cv-220-AJ

Intrinsyk Medical Devices, LLC


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated September 13, 2019 and October 4, 2019. The plaintiff's unopposed motions for default judgment (doc. no. 11) and attorneys' fees (doc. no. 12) are granted as follows:

    1) the plaintiff shall recover from the defendant $110,160.00, the amount it was awarded in arbitration;

    2) the plaintiff shall recover interest, through May 5, 2019, in the amount of $22,665.37

    3) the plaintiff shall recover interest from May 5, 2019, until the judgment is paid, at a rate of $13.55 per diem with respect to the $57,660 portion of the arbitral award, and $12.34 per diem with respect to the $52,500 portion of the award;

    4) the plaintiff shall recover $20,926.77 in costs related to the arbitration proceedings;

5) the plaintiff shall recover $22,658.28 in costs and attorneys' fees related to this action.

The plaintiff's motion to supplement attorneys' fees (doc. no. 13) is denied for the reasons stated in Magistrate Judge Johnstone's October 4, 2019 endorsed order.

So ordered.

_____
Landya B. McCafferty
Chief Judge

Date: November 18, 2019

cc: Counsel of Record.